UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARITY MACDERMOTT, on behalf of
herself and all others similarly situated

        Plaintiff,

v.                              Case No: 2:17-cv-692-FtM-38CM

NANE JAN, LLC,

        Defendant.

_____/

**<u>ORDER</u>**[1]

Before the Court is Plaintiff Charity MacDermott's Motion to Allow Attorney-Directed Voir Dire (Doc. 36). The Court denies the Motion as premature. Trial in this case is set for the trial term beginning September 3, 2019. Counsel can re-file the Motion with other pretrial motions in accordance with the Case Management and Scheduling Order (Doc. 29) and can address voir dire at the final pretrial conference.

Accordingly, it is now

**ORDERED:**

Plaintiff Charity MacDermott's Motion to Allow Attorney-Directed Voir Dire (Doc. 36) is **DENIED without prejudice**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of January, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record