UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARITY MACDERMOTT, on behalf of
herself and all others similarly situated

        Plaintiff,

v.                                  Case No: 2:17-cv-692-FtM-38UAM

NANE JAN, LLC,

        Defendant.
_____/

### ORDER[1]

Before the Court is the parties' Amended Notice of No Compromise and Joint Stipulation of Dismissal with Prejudice (Doc. 42). Charity MacDermott sued Nane Jan, LLC under the Fair Labor Standards Act ("FLSA") for unpaid overtime and violation of the tip-credit provision. (Doc. 1). The parties now inform the Court that MacDermott's claim has been resolved without compromise and with MacDermott's fees and costs paid by Nane Jan. (Doc. 42). Therefore, there is no need for the Court to review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); see also *Mackenzie v. Kindred Hosps. East, L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

allows a plaintiff to dismiss an action voluntarily by filing a stipulation signed by all parties who have appeared, as MacDermott has done here.

Accordingly, it is now

**ORDERED:**

1. The case is **DISMISSED with prejudice**.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of April, 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record